IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 15-CR-30135-MJR-004 |
| | ) | |
| DELISA FREEMAN, | ) | |
| | ) | |
| Defendant. | ) | |

# MEMORANDUM & ORDER ADOPTING REPORT
# &
# RECOMMENDATION & ACCEPTING DEFENDANT'S GUILTY PLEA

**REAGAN, Chief Judge:**

On April 17, 2016, the parties appeared before the Honorable Stephen C. Williams, United States Magistrate Judge (Doc. 87). Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant entered a guilty plea to each of the counts of a three count indictment. That same day, Judge Williams notified the parties that any objection to his Report and Recommendation (recommending Defendant's guilty plea be accepted) would be due on or before May 2, 2016 (Doc. 91).

No objections were filed by either party prior to the deadline. Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation (Doc. 91), **ACCEPTS**

Defendant Freeman's guilty plea, and **ADJUDGES** Defendant Freeman guilty of the offenses set forth therein. The Court **DIRECTS** that a presentence investigation be submitted by the United States Probation Office, and **CONFIRMS** that sentencing remains set for July 15, 2016 at 11:00 am before the undersigned District Judge. As noted on the docket (Doc. 100):

> Any sentencing memorandum must be filed **no later than 14 days before the sentencing hearing.** Any response to a sentencing memorandum must be filed **no later than 7 days before the sentencing hearing.** If a party intends to present live testimony at the sentencing hearing, a notice identifying the witness(es) and summarizing the nature and anticipated length of the testimony must be filed **no later than 14 days before the sentencing hearing.**

**IT IS SO ORDERED.**

DATED:  4/29/16

Michael J. Reagan
Chief Judge
United States District Court